LAW OFFICES OF
EDWARD B. CHATOIAN
2607 Fresno Street
Fresno, California 93721
TELEPHONE (559) 485-0101
FAX (559) 485-7643

EDWARD B. CHATOIAN II #63957

Attorneys for Plaintiff

FILED

2005 SEP 28   A 11: 14

CLERK, US DIST COURT
E. ... CALIF

BY_____

IN THE UNITED STATED DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

* * * * *

| | |
|---|---|
| DAVID ARANG, | Case No.  CIV F-04-5132 REC DLB |
| Plaintiff, | STIPULATION TO DISMISS ACTION AND ORDER THEREON |
| vs. | |
| DAYTON ELECTRIC MANUFACTURING, W.W. GRAINGER, INC., 3M COMPANY and DOES 1 to 20, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties to this action, through their respective attorneys of record, that plaintiff DAVID ARANG shall and hereby does dismiss his Complaint in the above-captioned matter in its entirety and with prejudice as to all parties pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Each party shall bear its own costs.

Dated: September 20, 2005.

LAW OFFICES OF EDWARD B. CHATOIAN

By_____
EDWARD B. CHATOIAN II
Attorneys for Plaintiff

STIPULATION TO DISMISS ACTION AND ORDER THEREON

Dated: September 22, 2005.

JACOBSON, HANSEN, NAJARIAN & McQUILLAN

By_____
JUBE J. NAJARIAN
Attorneys for Plaintiff

O R D E R

GOOD CAUSE APPEARING THEREFOR, IT IS SO ORDERED.

_____  9-27-05
THE HONORABLE ROBERT E. COYLE
United States District Judge

STIPULATION TO DISMISS ACTION AND ORDER THEREON